IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>KHYRE HOLBERT,<br><br><br><br>                    Defendant. | 8:25CR233<br><br><br>ORDER |

This matter is before the Court on the Defendant's Unopposed Motion to Continue Trial (Filing No. 30). For the reasons set forth within the motion and for good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 30) is granted as follows:

1.    The jury trial now set for May 4, 2026, is continued to **July 6, 2026.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 6, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 17th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge