IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KHYRE HOLBERT,

Defendant.

**8:25CR233**

**PRELIMINARY ORDER
OF FORFEITURE**

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 43).   The Court has carefully reviewed the record in this case and finds as follows:

1.      On June 11, 2026, defendant Khyre Holbert ("Holbert") pleaded guilty to Count I of the Indictment (Filing No. 17) and admitted the Forfeiture Allegation. Count I of the Indictment charged Holbert with knowingly possessing a Glock 43x 9mm handgun and 9mm Aguila ammunition, all of which had been shipped and transported in interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

2.      The Forfeiture Allegation sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of "any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offense" including a Glock 43x 9mm handgun and 9mm Aguila ammunition.

3.      Based on Holbert's guilty plea and admission, Holbert forfeits his interest in the Glock 43x 9mm handgun and 9mm Aguila ammunition pursuant to 21 U.S.C. § 853.

4.      The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1.   The government's Motion for Preliminary Order of Forfeiture (Filing No. 43) is granted.

2.   Based upon the Forfeiture Allegation of the Indictment and the Holbert's guilty plea and admission, the government is hereby authorized to seize the Glock 43x 9mm handgun and 9mm Aguila ammunition.

3.   Holbert's interest in the property is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.   The property is to be held by the government in its secure custody and control.

5.   Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property, in such manner as the Attorney General may direct, and notice that any person, other than Holbert, having or claiming a legal interest in the property, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.   The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property, and any additional facts supporting the Petitioner's claim and the relief sought.

7.   The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the property, as a substitute for published notice as to those persons so notified.

8.   Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 25th day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge