IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KHYRE HOLBERT,

Defendant.

8:17CR189
8:25CR233

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

As requested in the government's motions, Filing Nos. 113, 49, which are hereby granted, IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 28th day of August, 2026.

BY THE COURT:

MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE