IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHYRE HOLBERT,<br><br>Defendant. | **8:25CR233**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 59). The Court has carefully reviewed the record in this case and finds as follows:

1. On June 25, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 44) forfeiting defendant Khyre Holbert's ("Holbert") interest in "any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offense" including a Glock 43x 9mm handgun and 9mm Aguila ammunition.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 30, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on September 28, 2026 (Filing No. 58).

3. The government advises the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 59) is granted.

2. All right, title and interest in and to the Glock 43x 9mm handgun and 9mm Aguila ammunition, held by any person or entity are forever barred and foreclosed.

3. The Glock 43x 9mm handgun and 9mm Aguila ammunition are forfeited to the government.

4. The government is directed to dispose of the Glock 43x 9mm handgun and 9mm Aguila ammunition in accordance with law.

Dated this 28th day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge