IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHYRE HOLBERT,<br><br>Defendant. | **8:25CR233**<br><br>**ORDER** |

Before the Court is non-party Christian Gladney's Request for Transcript (Filing No. 61) of the sentencing hearing held September 3, 2026.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 61) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Christian Gladney at 8124 S. 154th Street, Omaha, Nebraska 68138.
3. Court reporter Kayla Gute is directed to advise Christian Gladney of the cost to obtain the transcript. Christian Gladney will be responsible for that transcript cost.

Dated this 29th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge